```
GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:    (510) 637-3500
Cellular telephone:   (415) 517-4879
Email:        Joyce_Leavitt@fd.org
```

Counsel for Defendant BARNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL BARNETT,<br><br>　　　　　Defendant. | Case No.: 4:21–mj-71890 MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS TO DECEMBER 20, 2021; EXCLUDE TIME** |

　　　IT IS HEREBY STIPULATED, by and between the parties to this action that the status appearance for defendant Daniel Barnett, currently scheduled for Friday, December 17, 2021, at 1:00 p.m. before Honorable Magistrate Donna M. Ryu, be continued to Monday, December 20, 2021, at 1:00 p.m. for status. The reason for the request is that defense counsel is unavailable on Friday, December 17, 2021. The continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until December 20, 2021, should be excluded, under 18 U.S.C. §3161(h)(7)(A) and (B)(iv), for effective preparation of counsel because the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public

trial to enable counsel to be present during the next court appearance. The parties further agree that that there is good cause to extend the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30 day time period for an indictment under the Speedy Trial Act so that counsel can be present at the next appearance and the parties can continue to discuss resolution of the matter. *See* Fed. R.Crim.P. 5.1; 18 U.S.C. §3161(b).

IT IS SO STIPULATED.

Dated:   December 15, 2021

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California

_____/S/_____
JOYCE LEAVITT
Assistant Federal Public Defender

Dated:   December 15, 2021

STEPHANIE M. HINDS
Acting United States Attorney
Northern District of California

_____/S/_____
MOHIT GOURISARIA
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL BARNETT,<br><br>Defendant. | Case No.: 4:21–mj-71890 MAG<br><br>ORDER TO CONTINUE STATUS TO DECEMBER 20, 2021; EXCLUDE TIME |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status appearance for defendant Daniel Barnett, currently scheduled for December 17, 2021, before Honorable Magistrate Donna M. Ryu, is hereby continued to Monday, December 20, 2021, at 1:00 p.m. for status.

IT IS FURTHER ORDERED that the time between December 17, 2021 and December 20, 2021, is hereby excluded under the Speedy Trial Act for effective preparation of counsel and continuity of counsel. 18 U.S.C. §3161(h)(7)(A) and (B)(iv). The Court finds that the ends of justice served outweigh the best interests of the public and the defendant in a speedy and public trial so that counsel can be present and advise her client. The Court further finds good cause to extend the time limits for a preliminary hearing under Fed. R. Crim. P 5.1 and extend the 30 day time period for an indictment under the Speedy Trial Act so counsel can be present at the next appearance and the parties can continue to discuss resolution of the matter. *See* Fed. R.Crim.P. 5.1; 18 U.S.C. §3161(b).

**IT IS SO ORDERED.**

Dated: December 16, 2021

HON. DONNA M. RYU
United States Magistrate District Judge

ORDER RE:EXCLUDE TIME TO 12/20/21 *BARNETT*,
4:21–mj-71890 MAG

1